UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | :: | |
| | :: | Criminal No. 3:22 cr 394 PGS |
| vs. | :: | CRIMINAL ACTION |
| LUCY BESWICK | :: | |
| *Defendant.* | :: | ORDER |

This matter being opened to the Court by John D. Lynch, Esq., attorney for the defendant Lucy Beswick, on a Notice of Motion to Modify Conditions of Pretrial Release and Eric Boden, A.U.S.A. having no objection on behalf of the United States of America and Pretrial Services having taken no position on foreign travel and for good cause shown,

IT IS on this 22 day of November, 2022;

**ORDERED** that the defendant Lucy Beswick is hereby permitted to travel to Santo Domingo, Dominican Republic from November 27, 2022 to December 11, 2022;

**ORDERED** that United States Pretrial Services return Lucy Beswick's passport to her for travel purposes on November 23, 2022;

**FURTHER ORDERED** that the defendant Lucy Beswick will surrender her passport to Pretrial Services on December 12, 2022.

Further Ordered that Pretrial Services may impose any reasonable conditions to oversee the Travel and ensure defendant's return

HON. PETER G. SHERIDAN, SR U.S.D.C.J.